**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| | |
|---|---|
| **CASE NO.:** **8:25-cv-1408-TPB-AEP** | **DATE:** **July 29, 2026** |
| **HONORABLE THOMAS P. BARBER** | |
| **B&T USA, LLC, et al.**<br><br>**v.**<br><br>**SUREFIRE, LLC** | **PLAINTIFF COUNSEL:**<br>Charles Landrum & Mindy Richter<br><br>**DEFENDANT COUNSEL:**<br>Bradley Chapin |

| | | | |
|---|---|---|---|
| **COURT REPORTER:** | Rebekah Lockwood | **DEPUTY CLERK:** | Sonya Cohn |
| **TIME:** 2:06 – 2:13 a.m.<br>**TOTAL:** 7 mins. | | **COURTROOM:** | 14A |

**PROCEEDINGS:** CASE MANAGEMENT CONFERENCE

Patents upheld by USPTO. Parties agree stay can be lifted; discovery may assist prior to mediation.

Case Management Conference set: 12/16/2026 at 1:30 p.m. Notice to follow.